IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:04-cr-00483-TLW |
| v. | **Order** |
| George William Whitmire | |

This matter comes before the Court for consideration of Defendant's pro se "Memorandum of Law in Support of Section § 2255 Motion to Vacate, Set Aside and or Correct Sentence." ECF No. 62. Defendant has not filed an actual 28 U.S.C. § 2255 petition

As required by Local Civil Rule 83.VIII.03, if Defendant wishes to seek relief pursuant to § 2255, he must file his motion on the appropriate forms or forms substantially similar. Defendant is directed to file any such petition on the appropriate or substantially similar forms within 30 days of the date of this order. He may attach his memorandum to the appropriately filed § 2255 petition, if he so chooses, so that it may be deemed part of that filing. Any proper § 2255 petition filed within the time allotted will be construed as having been filed on the filing date of the original memorandum. The Government is directed to file a response to the properly-filed petition within 30 days of its filing.

The Clerk is directed to send Defendant the appropriate § 2255 forms.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

August 28, 2015
Columbia, South Carolina

1